PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| NOCO COMPANY, | ) | |
| | ) | CASE NO. 1:19-CV-1922 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MICHAEL MANNION, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** [Resolving ECF No. 11] |
| | ) | |

Plaintiff Noco Company brings this action against Defendant Michael Mannion for: (i) declaratory judgment; (ii) unfair competition; (iii) tortious interference with contract; (iv) trademark infringement; (v) trademark dilution; and (vi) violations of Ohio's Deceptive Trade Practices Act. ECF No. 1.

Pending is Plaintiff Noco Company's Motion for Default Judgment (ECF No. 11), filed and served on February 11, 2020, in this action against Defendant Michael Mannion. The Court has been advised, having read the file and reviewed the applicable law.

After service was originally unexecuted (ECF No. 4), Defendant was duly served with summons and the Complaint (ECF No. 1) on October 17, 2019, by ordinary mail (ECF No. 6). Defendant had 28 days from the date process was mailed to file an Answer.[1] Defendant has failed to plead or otherwise defend. On December 23, 2019, the Clerk entered the default of Defendant Michael Mannion, d/b/a Micman9106. ECF No. 9.

For good cause shown, Plaintiff's motion for default judgment is granted.

---

[1] *See* Fed. R. Civ. P. 4(e)(1), Ohio R. Civ. P. 4.6(D).

(1:19-CV-1922)

  IT IS SO ORDERED.

|  September 8, 2020  |  */s/ Benita Y. Pearson*  |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |